In the Matter of JULIUS L. ROSENTHAL, an Attorney, Appellant; CHARLES J. W. MEISEL et al., Respondents.

Argued December 9, 1937; decided January 11, 1938.

*Irving I. Goldsmith* for appellant.

*Charles J. W. Meisel* and *Bernard J. Ferguson,* petitioners, respondents.

Order affirmed. Any application for mitigation of the rigor of the punishment must be addressed to the exclusive jurisdiction of the Appellate Division. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.